UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

**JOHNISHA PROVOST, Individually,**  **JUDGMENT IN A CIVIL CASE**
Natural Guardian and Next Friend of
**M.R.H**, a minor and **LAKESHA MACKLIN,**
Individually and Next Friend of **R.J.M.**,
a minor, and **K.D.H.**, a minor, as a wrongful
death beneficiaries of **RODNEY HESS,** (deceased),

    Plaintiffs,

vs.

**CROCKETT COUNTY, TENNESSEE and,**      CASE NO: 17-1060-STA-tmp
**CAPTAIN JORDAN SPRAGGINS,**

    Defendants.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Sealed Order entered on September 18, 2019, this case is now **CLOSED.**

                                  APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

**DATE: 9/18/2019**                      **THOMAS M. GOULD**
                                          **Clerk of Court**

                                            s/Maurice B. BRYSON

                                            **(By) Deputy Clerk**